# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 JUL 17 PM 4:25

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>DAMON GRAHAM,<br><br>                        Defendant. | CASE NO. 11CR4458-AJB<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the Joint Motion of the Government and the Defendant for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    21:841(a)(1) - Distribution of Crack Cocaine (1) ,  21:841(a)(1) - Distribution of Cocaine (2)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/13/12

_____
Anthony J. Battaglia
U.S. Magistrate Judge